UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Melissa Ray,<br><br>                Plaintiff,<br>v.<br><br>Southwest Recovery Services, Inc.,<br><br>                Defendant. | Civil Action No.: 4:11-cv-02197 |

**NOTICE OF SETTLEMENT**

     NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: July 22, 2011

                                          Respectfully submitted,

                                          By: __/s/ Diana P. Larson_____

                                          Diana P. Larson, *Attorney-in-Charge*
                                          Southern District of Texas Bar No. 24957
                                          Texas Bar No. 24007799
                                          The Larson Law Office, PLLC
                                          440 Louisiana, Suite 900
                                          Houston, Texas  77002
                                          Telephone:  (713) 221-9088
                                          Facsimile:  (832) 415-9762
                                          Email:  diana@thelarsonlawoffice.com


                                          Of Counsel To:
                                          LEMBERG & ASSOCIATES L.L.C.
                                          A Connecticut Law Firm

1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (877) 795-3666
ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

   I hereby certify that on July 22, 2011, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Southern District of Texas Electronic Document Filing System (ECF) and that the document is available on the ECF system.

              By __/s/ Diana P. Larson_____

                Diana P. Larson