UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MELISSA RAY, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. 4:11-CV-2197 |
| § | |
| SOUTHWEST RECOVERY SERVICES, § | |
| INC., § | |
| § | |
| Defendant. § | |

## CONDITIONAL ORDER OF DISMISSAL

The parties have informed the Court that all claims have settled. The case is therefore **DISMISSED WITHOUT PREJUDICE** to reinstatement of all claims if any party represents to the Court that the settlement could not be completely documented. A notice of final dismissal or a proposed final judgment should be submitted to the Court within thirty (30) days of the date of this Order.

**IT IS SO ORDERED.**

SIGNED at Houston, Texas, on this the 25th day of July, 2011.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

TO ENSURE PROPER NOTICE, EACH PARTY WHO RECEIVES
THIS ORDER SHALL FORWARD A COPY OF IT TO EVERY
OTHER PARTY AND AFFECTED NON-PARTY EVEN THOUGH
THEY MAY HAVE BEEN SENT ONE BY THE COURT.