**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| Melissa Ray, | : |
| | : |
| Plaintiff, | : Civil Action No.: 4:11-cv-02197 |
| v. | : |
| Southwest Recovery Services, Inc., | : |
| | : |
| Defendant. | : |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY**
**DISMISSAL OF ACTION WITH PREJUDICE**
**PURSUANT TO RULE 41(a)**

Melissa Ray ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: September 27, 2011

                 Respectfully submitted,

                 By: __/s/ Diana P. Larson_____

                 Diana P. Larson, *Attorney-in-Charge*
                 Texas Bar No. 24007799
                 Southern District of Texas Bar No. 24957
                 The Larson Law Office, PLLC
                 440 Louisiana, Suite 900
                 Houston, Texas  77002
                 Telephone:  (713) 221-9088
                 Facsimile:  (832) 415-9762
                 Email:  diana@thelarsonlawoffice.com

                 <u>Of Counsel To:</u>
                 LEMBERG & ASSOCIATES L.L.C.
                 A Connecticut Law Firm
                 1100 Summer Street, 3rd Floor
                 Stamford, CT 06905

Telephone: (203) 653-2250
Facsimile:  (203) 653-3424

## **CERTIFICATE OF SERVICE**

   I hereby certify that on September 27, 2011, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court Southern District of Texas Electronic Document Filing System (ECF) and that the document is available on the ECF system.

               By __/s/ Diana P. Larson_____
                  Diana P. Larson